JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CHANGXI WANG,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al,<br><br>Respondents. | Case No. 5:26-cv-04262-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 2, 2026,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Changxi Wang (A# 088-478-446) subject to reasonable conditions of supervision. All other requests for relief in the Petition are denied. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 8, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge